IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

WESTERN DIVISION

ANNIE PITTMAN,

As beneficiary of IRVIN PITTMAN                              PLAINTIFF

Vs.                      CIVIL ACTION NO. 5:19-cv-80-DCB-MTP

UNION NATIONAL LIFE INSURANCE

COMPANY                                                      DEFENDANT

ORDER

This matter is before the Court on Defendant Union National Life Insurance Company ("Union")'s Motion to Compel Arbitration and to Stay Proceedings Pending Arbitration (Doc. 3) and the Plaintiff Annie Pittman ("Pittman")'s Response (Doc. 8), and Union's Reply (Doc. 9). The Defendant's Motion to Compel Arbitration is unopposed by Pittman. This Court orders that the parties pursue arbitration as outlined in the subject Life Insurance Policy's arbitration agreement.

The decision of the arbitrator shall be final and binding on both parties and shall be entered as the judgment of the Court. As this matter is proceeding through arbitration, discovery is unnecessary. This proceeding is stayed until December 31, 2019, allowing the Plaintiff time to initiate arbitration. Pursuant to the arbitration agreement, Plaintiff has "no later than two (2) years after the date of the dispute or controversy arises" to provide a written demand for

1

arbitration. [ECF 3-1 at p. 17]. Failure to timely initiate arbitration will constitute waiver of the dispute or controversy. Id.

Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that the parties shall proceed with arbitration as set forth in the Life Insurance Policy.

SO ORDERED this the 5th day of December, 2019.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE